IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN T. MOSS,
ADC #79311                                                                                       PLAINTIFF

v.                              No. 2:13-cv-117-DPM-HDY

CORIZON INC.; RICK HALLWORTH, Corizon;
KEVIN BILE, Corizon; J.M. COURTNEY, Corizon;
JACK DAVIDSON, Doctor, Corizon; PEARSON,
Doctor, Corizon; OJIUGO IKO, Doctor, Corizon;
ROLAND ANDERSON, Doctor, Corizon;
JENNIFER MCBRIDE, Corizon; CONNIE
HUBBARD, Nurse, Corizon; JOE ANN BURNETT,
Nurse, Corizon; LARRY MAY, ADC; WENDY KELLY,
ADC; GRANT HARRIS, ADC; JIMMY BANKS,
ADC; DARYL GOLDEN, ADC; CLARK, Captain,
ADC; BRADLEY, Lieutenant, ADC; BARROW,
Lieutenant, ADC; DONALD TATE, Sergeant, ADC;
YOUNG, Sergeant, ADC; MADDEN, Sergeant,
ADC; C. JONES, Sergeant, ADC; DARYL GARDNER,
Sergeant, ADC; THOMPSON, Sergeant, ADC;
TURNER, Correctional Officer, ADC;
RAYFORD, Correctional Officer, ADC; POWELL,
Correctional Officer, ADC; KNIGHT, Correctional
Officer, ADC; S. HUDSON, Correctional Officer,
ADC; AUSTON, Correctional Officer, ADC;
BRANDI HUDGENS, Correctional Officer, ADC;
MOTON, Correctional Officer, ADC; CHRISTOPHER
SHORTER, Correctional Officer, ADC; TELICIA
DOBBS, Correctional Officer, ADC; LOUIS,
Correctional Officer, ADC; and SHABAZE,
Correctional Officer, ADC                                                                    DEFENDANTS

## ORDER

It is unclear whether Moss received Magistrate Judge H. David Young's proposed findings and recommendations. Moss has asked that the proposal be mailed to him again. № 48. The Court therefore directs the Clerk to send Moss another copy of the proposal, № 44, and a copy of the docket sheet. Any objection due by 31 January 2014. The Court directs the Clerk to amend the docket: № 48 is really a motion to reopen time for objections. Motion, № 48, granted.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 January 2014