IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN T. MOSS,
ADC #79311                                                                                          PLAINTIFF

v.                          No. 2:13-cv-117-DPM-HDY

CORIZON INC.; RICK HALLWORTH, Corizon;
KEVIN BILE, Corizon; J.M. COURTNEY, Corizon;
JACK DAVIDSON, Doctor, Corizon; PEARSON,
Doctor, Corizon; OJIUGO IKO, Doctor, Corizon;
ROLAND ANDERSON, Doctor, Corizon;
JENNIFER MCBRIDE, Corizon; CONNIE
HUBBARD, Nurse, Corizon; JOE ANN BURNETT,
Nurse, Corizon; LARRY MAY, ADC; WENDY
KELLY, ADC; GRANT HARRIS, ADC; JIMMY
BANKS, ADC; DARYL GOLDEN, ADC; YOLANDA
CLARK, Captain, ADC; BRADLEY, Lieutenant, ADC;
BARROW, Lieutenant, ADC; DONALD TATE,
Sergeant, ADC; YOUNG, Sergeant, ADC; MADDEN,
Sergeant, ADC; C. JONES, Sergeant, ADC; DARYL
GARDNER, Sergeant, ADC; THOMPSON, Sergeant,
ADC; TURNER, Correctional Officer, ADC;
RAYFORD, Correctional Officer, ADC; POWELL,
Correctional Officer, ADC; KNIGHT, Correctional
Officer, ADC; S. HUDSON, Correctional Officer,
ADC; K. AUSTON, Correctional Officer, ADC;
BRANDI HUDGENS, Correctional Officer, ADC;
MOTON, Correctional Officer, ADC;
CHRISTOPHER SHORTER, Correctional Officer,
ADC; TELICIA DOBBS, Correctional Officer, ADC;
LOUIS, Correctional Officer, ADC; and SHABAZE,
Correctional Officer, ADC                                                                DEFENDANTS

## ORDER

Opposed recommendation, № 44, adopted. FED. R. CIV. P. 72(b)(3). Motion for injunctive relief, and amended motion for injunctive relief, № 11 & 45, denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 February 2014