IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN T. MOSS,
ADC #79311                                                          PLAINTIFF

v.                          No. 2:13-cv-117-DPM-HDY

CORIZON INC.; RICK HALLWORTH, Corizon;
KEVIN BILE, Corizon; J.M. COURTNEY, Corizon;
JACK DAVIDSON, Doctor, Corizon; PEARSON,
Doctor, Corizon; OJIUGO IKO, Doctor, Corizon;
ROLAND ANDERSON, Doctor, Corizon;
JENNIFER MCBRIDE, Corizon; CONNIE
HUBBARD, Nurse, Corizon; JOE ANN BURNETT,
Nurse, Corizon; LARRY MAY, ADC; WENDY
KELLY, ADC; GRANT HARRIS, ADC; JIMMY
BANKS, ADC; DARYL GOLDEN, ADC; YOLANDA
CLARK, Captain, ADC; BRADLEY, Lieutenant, ADC;
BARROW, Lieutenant, ADC; DONALD TATE,
Sergeant, ADC; YOUNG, Sergeant, ADC; MADDEN,
Sergeant, ADC; C. JONES, Sergeant, ADC; DARYL
GARDNER, Sergeant, ADC; THOMPSON, Sergeant,
ADC; TURNER, Correctional Officer, ADC;
RAYFORD, Correctional Officer, ADC; POWELL,
Correctional Officer, ADC; KNIGHT, Correctional
Officer, ADC; S. HUDSON, Correctional Officer,
ADC; K. AUSTON, Correctional Officer, ADC;
BRANDI HUDGENS, Correctional Officer, ADC;
MOTON, Correctional Officer, ADC;
CHRISTOPHER SHORTER, Correctional Officer,
ADC; TELICIA DOBBS, Correctional Officer, ADC;
LOUIS, Correctional Officer, ADC; and SHABAZE,
Correctional Officer, ADC                                         DEFENDANTS

## ORDER

Unopposed recommendation, № 63, adopted as supplemented. FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes).  While Sergeant Young perhaps could be identified eventually, Moss has pleaded only a conclusion about what Young supposedly did, *№ 2 at 57, 60, & 61*, unlike the specific allegations about many others.  *Compare Munz v. Parr*, 758 F.2d 1254, 1257 (8th Cir. 1985).   All claims against Young are therefore dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 February 2014