IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN T. MOSS,
ADC #79311                                                                                          PLAINTIFF

v.                                No. 2:13-cv-117-DPM-HDY

CORIZON INC.; RICH HALLWORTH,
Corizon;  KEVIN BICE, Corizon; J.M.
COURTNEY, Corizon;  JACK DAVIDSON,
Doctor, Corizon; MICHAEL PERSON, Doctor,
Corizon; OJIUGO IKO, Doctor, Corizon;
ROLAND ANDERSON, Doctor, Corizon;
JENNIFER MCBRIDE-ANDREWS, Corizon;
CONNIE HUBBARD, Nurse, Corizon; JOANN
BURNETT, Nurse, Corizon; LARRY MAY, ADC;
WENDY KELLY, ADC; GRANT HARRIS, ADC;
JIMMY BANKS, ADC; DARYL GOLDEN, ADC;
YOLANDA CLARK, Captain, ADC; BRADLEY,
Lieutenant, ADC; BARROW, Lieutenant, ADC;
DONALD TATE, Sergeant, ADC; MADDEN,
Sergeant, ADC; C. JONES, Sergeant, ADC;
DARYL GARDNER, Sergeant, ADC;
THOMPSON, Sergeant, ADC; TURNER,
Correctional Officer,  ADC; RAYFORD,
Correctional Officer, ADC; POWELL, Correctional
Officer, ADC; KNIGHT, Correctional Officer,
ADC; S. HUDSON, Correctional Officer, ADC;
KENDALL AUSTIN, Correctional Officer, ADC;
BRANDI HUDGENS, Correctional Officer, ADC;
MOTON, Correctional Officer, ADC;
CHRISTOPHER SHORTER, Correctional Officer,
ADC; TELICIA DOBBS, Correctional Officer, ADC;
LOUIS, Correctional Officer, ADC; and SHABAZE,
Correctional Officer, ADC                                                                    DEFENDANTS

## ORDER

Opposed recommendation, № 109, adopted as modified. FED. R. CIV. P. 72(b)(3). Defendants' motion to dismiss, № 98, is granted in part and denied in part. Moss has stated a plausible claim against Corizon. It remains in the case. Moss's claims against Courtney, Person, Davidson, Hallworth, and Bice are dismissed without prejudice. If, after discovery, Moss can allege specific facts showing personal involvement by any of these defendants in depriving him of medical care, then Moss may seek to amend his complaint.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 April 2014