IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN T. MOSS,
ADC #79311                                                              PLAINTIFF

v.                    No. 2:13-cv-117-DPM-HDY

CORIZON INC.; OJIUGO IKO, Doctor,
Corizon; ROLAND ANDERSON, Doctor,
Corizon; JENNIFER MCBRIDE-ANDREWS,
Corizon; CONNIE HUBBARD, Nurse,
Corizon; JOANN BURNETT, Nurse, Corizon;
LARRY MAY, ADC; WENDY KELLY, ADC;
GRANT HARRIS, ADC; JIMMY BANKS,
ADC; DARYL GOLDEN, ADC; YOLANDA
CLARK, Captain, ADC; BRADLEY,
Lieutenant, ADC; BARROW, Lieutenant,
ADC; DONALD TATE, Sergeant, ADC;
MADDEN, Sergeant, ADC; C. JONES,
Sergeant, ADC; DARYL GARDNER,
Sergeant, ADC; THOMPSON, Sergeant,
ADC; TURNER, Correctional Officer, ADC;
RAYFORD, Correctional Officer, ADC;
POWELL, Correctional Officer, ADC;
KNIGHT, Correctional Officer, ADC;
S. HUDSON, Correctional Officer, ADC;
KENDALL AUSTIN, Correctional Officer,
ADC; BRANDI HUDGENS, Correctional
Officer, ADC; MOTON, Correctional Officer,
ADC; CHRISTOPHER SHORTER, Correctional
Officer, ADC; TELICIA DOBBS, Correctional
Officer, ADC; LOUIS, Correctional Officer,
ADC; and SHABAZE, Correctional Officer, ADC       DEFENDANTS

## ORDER

Moss has filed a motion for an injunction and asks, among other things, that his diabetic status be listed on his dietary chart and that he be able to check his blood sugar twice each day. № 122 at ¶ 10. Defendants didn't address this part of Moss's request in their response. № 127. Moss's objections include a grievance response from Nurse Horton which indicates that Moss should receive a diabetic diet, but perhaps is not. № 132 at 9. The Court would benefit from a supplemental response from the defendants. Is Moss a diabetic? If so, is he listed as a diabetic on his dietary chart? Is he currently receiving an evening snack? Is he regularly allowed to check his blood sugar? Supplement due by 23 June 2014.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 June 2014