IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN T. MOSS,
ADC #79311                                                              PLAINTIFF

v.                      No. 2:13-cv-117-DPM-HDY

CORIZON INC.; OJIUGO IKO, Doctor,
Corizon; ROLAND ANDERSON, Doctor,
Corizon;  JENNIFER MCBRIDE-ANDREWS,
Corizon; CONNIE HUBBARD, Nurse,
Corizon; JOANN BURNETT, Nurse, Corizon;
LARRY MAY, ADC; WENDY KELLY, ADC;
GRANT HARRIS, ADC; JIMMY BANKS,
ADC; DARYL GOLDEN, ADC; YOLANDA
CLARK, Captain, ADC; BRADLEY,
Lieutenant, ADC; BARROW, Lieutenant,
ADC; DONALD TATE, Sergeant, ADC;
MADDEN, Sergeant, ADC; C. JONES,
Sergeant, ADC; DARYL GARDNER,
Sergeant, ADC; THOMPSON, Sergeant,
ADC; TURNER, Correctional Officer, ADC;
RAYFORD, Correctional Officer, ADC;
POWELL, Correctional Officer, ADC;
KNIGHT, Correctional Officer, ADC;
S. HUDSON, Correctional Officer, ADC;
KENDALL AUSTIN, Correctional Officer,
ADC; BRANDI HUDGENS, Correctional
Officer, ADC; MOTON, Correctional Officer,
ADC; CHRISTOPHER SHORTER, Correctional
Officer, ADC; TELICIA DOBBS, Correctional
Officer, ADC; LOUIS, Correctional Officer,
ADC; and SHABAZE, Correctional Officer, ADC              DEFENDANTS

## ORDER

The Court appreciates the defendants' supplemental responses, № 139 & 140. On *de novo* review, the Court adopts Magistrate Judge H. David Young's recommendation, № 129. FED. R. CIV. P. 72(b)(3). Moss's motion for a preliminary injunction and temporary retraining order, № 122, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 June 2014