IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JOHN T. MOSS,                                                                    PLAINTIFF
ADC #79311

v.                            No. 2:13-cv-117-DPM-HDY

CORIZON, INC.; OJIUGO IKO, Dr., Corizon;
ROLAND ANDERSON, Dr., Corizon;
JENNIFER MCBRIDE-ANDREWS,
Corizon; CONNIE HUBBARD, Nurse, Corizon;
JOANN BURNETT, Nurse, Corizon; LARRY
MAY, Arkansas Department of Correction;
WENDY KELLY, A.D.C.; GRANT HARRIS,
A.D.C.; JIMMY BANKS, A.D.C.; DARYL GOLDEN,
A.D.C.; YOLANDA CLARK, Captain, A.D.C.; BRADLEY,
Lieutenant, A.D.C.; BARROW, Lieutenant, A.D.C.;
DONALD TATE, Sergeant, A.D.C.; MADDEN,
Sergeant, A.D.C.; C. JONES, Sergeant, A.D.C.;
DARYL GARDNER, Sergeant, A.D.C.; THOMPSON,
Sergeant, A.D.C.; TURNER, Correctional Officer,
A.D.C.; RAYFORD, Correctional Officer, A.D.C.;
POWELL, Correctional Officer, A.D.C.; KNIGHT,
Correctional Officer, A.D.C.; S. HUDSON,
Correctional Officer, A.D.C.; KENDALL AUSTIN,
Correctional Officer, A.D.C.; BRANDI HUDGENS,
Correctional Officer, A.D.C.; MOTON, Correctional
Officer, A.D.C.; CHRISTOPHER SHORTER, Correctional
Officer, A.D.C.; TELICIA DOBBS, Correctional Officer,
A.D.C.; LOUIS, Correctional Officer, A.D.C.; and
SHABAZE, Correctional Officer, A.D.C.                              DEFENDANTS

## ORDER

Moss's motion for reconsideration, № 158, is denied. Magistrate Judge Young's Order, № 157, denying Moss's motion to strike his deposition is not clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); Local Rule 72.1.VII.B.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 October 2014