IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN T. MOSS                                                                                          PLAINTIFF
ADC #79311


v.                                      No. 2:13-cv-117-DPM-HDY


CORIZON, INC.; DR. OJIUGO IKO, Corizon;
DR. ROLAND ANDERSON, Corizon;
JENNIFER MCBRIDE-ANDREWS,
Corizon; CONNIE HUBBARD, Nurse, Corizon;
JOANN BURNETT, Nurse, Corizon; LARRY
MAY, Arkansas Department of Correction;
WENDY KELLY, A.D.C.; GRANT HARRIS,
A.D.C.; JIMMY BANKS, A.D.C.; DARYL GOLDEN,
A.D.C.; YOLANDA CLARK, Captain, A.D.C.; BRADLEY,
Lieutenant, A.D.C.; BARROW, Lieutenant, A.D.C.;
DONALD TATE, Sergeant, A.D.C.; MADDEN,
Sergeant, A.D.C.; C. JONES, Sergeant, A.D.C.;
DARYL GARDNER, Sergeant, A.D.C.; THOMPSON,
Sergeant, A.D.C.; TURNER, Correctional Officer,
A.D.C.; RAYFORD, Correctional Officer, A.D.C.;
POWELL, Correctional Officer, A.D.C.; KNIGHT,
Correctional Officer, A.D.C.; S. HUDSON,
Correctional Officer, A.D.C.; KENDALL AUSTIN,
Correctional Officer, A.D.C.; BRANDI HUDGENS,
Correctional Officer, A.D.C.; MOTON, Correctional
Officer, A.D.C.; CHRISTOPHER SHORTER, Correctional
Officer, A.D.C.; TELICIA DOBBS, Correctional Officer,
A.D.C.; LOUIS, Correctional Officer, A.D.C.; and
SHABAZE, Correctional Officer, A.D.C.                                                        DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the recommendation, № 175, and overrules Moss's objection, № 177. FED. R. CIV. P. 72(b)(3). Defendants' motions for summary judgment, № 159 & 162, are granted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 January 2015