IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN T. MOSS                                                                    PLAINTIFF
ADC #79311

v.                              No. 2:13-cv-117-DPM

CORIZON CMS, medical provider, Arkansas
Department of Correction; ARKANSAS
DEPARTMENT OF CORRECTION;
CORIZON, INC.; RICH HALLWORTH, Corizon;
KEVIN BICE, Corizon; J.M. COURTNEY, Corizon;
DR. JACK DAVIDSON, Corizon; DR. MICHAEL
PERSON, Corizon; DR. OJIUGO IKO, Corizon;
DR. ROLAND ANDERSON, Corizon;
JENNIFER MCBRIDE-ANDREWS,
Corizon; CONNIE HUBBARD, Nurse, Corizon;
JOANN BURNETT, Nurse, Corizon; LARRY
MAY, Arkansas Department of Correction;
WENDY KELLY, A.D.C.; GRANT HARRIS,
A.D.C.; JIMMY BANKS, A.D.C.; DARYL GOLDEN,
A.D.C.; YOLANDA CLARK, Captain, A.D.C.;
BRADLEY, Lieutenant, A.D.C.; BARROW, Lieutenant,
A.D.C.; DONALD TATE, Sergeant, A.D.C.; YOUNG,
Sergeant, A.D.C.; MADDEN, Sergeant, A.D.C.; C. JONES,
Sergeant, A.D.C.; DARYL GARDNER, Sergeant,
A.D.C.; THOMPSON, Sergeant, A.D.C.; TURNER,
Correctional Officer, A.D.C.; RAYFORD,
Correctional Officer, A.D.C.; POWELL, Correctional
Officer, A.D.C.; KNIGHT, Correctional Officer, A.D.C.;
S. HUDSON, Correctional Officer, A.D.C.; KENDALL
AUSTIN, Correctional Officer, A.D.C.; BRANDI
HUDGENS, Correctional Officer, A.D.C.; MOTON,
Correctional Officer, A.D.C.; CHRISTOPHER
SHORTER, Correctional Officer, A.D.C.; TELICIA
DOBBS, Correctional Officer, A.D.C.; LOUIS,

**Correctional Officer, A.D.C.; and SHABAZE,
Correctional Officer, A.D.C.**                                              **DEFENDANTS**

## JUDGMENT

Moss's claims against the Arkansas Department of Correction are dismissed with prejudice. His redundant claims against Corizon CMS are dismissed without prejudice. Moss's claims against Young, Courtney, Person, Davidson, Hallworth, and Bice are dismissed without prejudice for lack of specific allegations and personal involvement. His claims against Anderson and Austin are dismissed without prejudice for lack of service. All other claims against all remaining defendants are dismissed with prejudice.

*/s/ WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2015